**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7832**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES BURNETTE LEDFORD, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Salisbury. Richard C. Erwin, Senior District Judge. (CR-91-71; CA-95-300-4)

---

Submitted: March 26, 1996      Decided: May 20, 1996

---

Before ERVIN and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Charles Burnette Ledford, Jr., Appellant Pro Se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Ledford</u>, No. CR-91-71; CA-95-300-4 (M.D.N.C. Oct. 17, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>